IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:95cr149 |
| v. | ) | |
| SAUL MORAN-CASTANEDA, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 34 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 34 from the record.

DATED this 8th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge